UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEITH ANDRE TAYLOR #445485, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:14-cv-01796 |
| ) | Senior Judge Nixon |
| TENNESSEE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Pending before the court is a *pro se* petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 (Doc. No. 1) filed by Keith Andre Taylor, an inmate at the Metro-Davidson County Detention Facility in Nashville, Tennessee. The petitioner is serving a term of six years of imprisonment at 60% for his conviction for the facilitation of the sale of a Schedule II drug charge in Davidson County Criminal Court, Division VI, in Nashville, Tennessee. (Doc. No. 23-1 at 1).

For the reasons explained more fully in the memorandum entered contemporaneously herewith, the respondent's motion to dismiss (Doc. No. 21) is hereby **GRANTED** for failure to exhaust state court remedies. The petitioner's "Motion Grant for Relief" (Doc. No. 24) is hereby **DENIED**.

Accordingly, the petition is **DENIED**, and this action is **DISMISSED WITHOUT PREJUDICE** to refile once the petitioner has exhausted his state court remedies. The dismissal also is without prejudice with regard to the petitioner's ability to refile actions under 28 U.S.C. § 2241.

In this case, reasonable jurists cannot conclude that the court abused its discretion in granting respondent's motion to dismiss. Thus, the court **DENIES** a certificate of appealability.

This order constitutes final judgment in the action.

It is so **ORDERED.**

John T. Nixon
Senior United States District Judge